# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friedrich, Dabney L. | U.S District Court for the District of Columbia | 09/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ▓▓▓▓▓▓ LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedrich, Dabney L. | 09/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▨ (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedrich, Dabney L. | 09/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of America - cash equivalent account | A | Interest | J | T | | | | | |
| 2. | Justice FCU F/K/A JFCU Bank - cash equivalent account | A | Interest | K | T | | | | | |
| 3. | Marcus Savings - cash equivalent account | C | Interest | N | T | | | | | |
| 4. | Nex Immune, Inc | | None | K | U | | | | | |
| 5. | Rental Property, ▓▓▓▓ | F | Rent | P2 | W | | | | | |
| 6. | Brokerage Account #1▓▓ (H) | | | | | | | | | |
| 7. | - Goldman Sachs Fin Sq Govt Fst Instl (FGTXX) | A | Dividend | J | T | | | | | |
| 8. | - DCP Midstream LP Com UT LTD PTN (DCP) | | None | K | T | | | | | |
| 9. | - Exxon Mobil Corp (XOM) | D | Dividend | M | T | | | | | |
| 10. | - Fortinet Inc Com (FTNT) | | None | | | Sold | 02/28/19 | N | F | |
| 11. | - Oracle Corp Com (ORCL) | D | Dividend | L | T | | | | | |
| 12. | - Palo Alto Networks Inc Com (PANW) | | None | J | T | Sold (part) | 01/28/19 | L | B | |
| 13. | - Chevron Corp (CVX) | A | Dividend | J | T | Buy | 05/31/19 | J | | |
| 14. | | | | | | Buy (add'l) | 08/27/19 | J | | |
| 15. | Brokerage Account #2▓▓ (H) | | | | | | | | | |
| 16. | - Ayco Bank (cash) | A | Interest | J | T | | | | | |
| 17. | - iShares Inc MSCI Canada ETF (EWC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - iShares MSCI Eurozone ETF (EZU) | A | Dividend | K | T | Buy<br>(add'l) | 05/10/19 | J | | |
| 19.   - iShares MSCI Pacific Japan ETF (EPP) | A | Dividend | K | T | Buy<br>(add'l) | 05/10/19 | J | | |
| 20.   - iShares S&P 100 ETF (OEF) | A | Dividend | J | T | | | | | |
| 21.   - iShares Core S&P 500 ETF (IVV) | C | Dividend | M | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 22.   - iShares S&P 500 Growth ETF (IVW) | A | Dividend | L | T | | | | | |
| 23.   - iShares S&P 500 Value ETF (IVE) | B | Dividend | L | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 25.   - iShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | Buy<br>(add'l) | 06/27/19 | J | | |
| 26.   - iShares Core S&P Small-Cap ETF (IJR) | A | Dividend | K | T | Buy<br>(add'l) | 06/27/19 | J | | |
| 27.   - iShares Inc Core MSCI Emerging Mkts<br>ETF (IEMG) | A | Dividend | J | T | | | | | |
| 28.   - iShares Inc MSCI Japan ETF New (EWJ) | A | Dividend | J | T | Buy<br>(add'l) | 06/27/19 | J | | |
| 29.   - iShares Trust Core Dividend Growth<br>(DGRO) | A | Dividend | J | T | | | | | |
| 30.   - iShares Tr MSCI UK ETF New (EWU) | A | Dividend | K | T | Buy<br>(add'l) | 06/27/19 | J | | |
| 31.   - SPDR Ser Tr S&P BK ETF (KBE) | | None | | | Sold | 02/19/19 | J | | |
| 32.   - Vanguard Intl Equity Index Fds FTSE<br>Europe ETF (VGK) | A | Dividend | J | T | | | | | |
| 33.   - Wisdomtree Trust Japan Hedge Eqt (DXJ) | A | Dividend | | | Sold | 05/10/19 | J | | |
| 34.   - Wisdomtree Tr Europe Hedged Eq (HEDJ) | | None | | | Sold | 05/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  IRA #1 ▓ (H) | | | | | | | | | |
| 36.  - Vanguard 500 Index Fund Investor Class (VFINX) | A | Dividend | | | Sold | 05/30/19 | J | C | |
| 37.  - Vanguard Intl Div Apprec Idx Ivc (VIAIX) (See Note 1) | A | Dividend | | | Sold | 06/04/19 | J | B | |
| 38.  - Vanguard Total Intl Stock Index Fund Adm Shares (VTIAX) | A | Dividend | K | T | | | | | |
| 39.  - Vanguard Equity Income Inv Cl (VEIPX) | A | Dividend | J | T | Buy | 02/22/19 | J | | |
| 40.  - Vanguard Federal Money Market (See Note 2) | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 41. | | | | | Sold (part) | 02/26/19 | J | | |
| 42.  - Vanguard 500 Index Admiral Cl (VFIAX) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 43.  - Vanguard Intl Div Appr Index Admiral Cl (VIAAX) | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 44.  IRA #2 ▓ (H) (See Note 3) | | | | | | | | | |
| 45.  - Vanguard Federal Money Market Fund | A | Dividend | J | T | Sold (part) | 02/25/19 | J | | |
| 46. | | | | | Buy | 02/26/19 | J | | |
| 47.  - Vanguard 500 Index Investor Cl (VFINX) (See Note 4) | A | Dividend | | | Sold | 05/30/19 | J | B | |
| 48.  - Vanguard Real Estate Index Investor (VGSIX) (See Note 5) | A | Dividend | | | Sold | 05/30/19 | J | B | |
| 49.  - Vanguard Small Cap Growth Idx Fd Adm (VSGAX) (See Note 6) | A | Dividend | K | T | | | | | |
| 50.  - Vanguard Equity Income Inv CL (VEIPX) | A | Dividend | J | T | Buy | 02/22/19 | J | | |
| 51.  - Vanguard 500 Index Fund Adm (VFIAX) | A | Dividend | J | T | Buy | 05/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard Real Estate Index Adm (VGSLX) | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 53. 529 #1 ▨ (H) | | | | | | | | | |
| 54. - Virginia 529 ESG Core Equity F/K/A Virginia529 Socially Targeted | | None | N | T | Sold (part) | 06/11/19 | J | C | |
| 55. 529 #2 ▨ (H) | | | | | | | | | |
| 56. - Virginia529 Conservative Income | | None | N | T | Sold (part) | 06/11/19 | J | D | |
| 57. Trust Acct #1 ▨ (H) | | | | | | | | | |
| 58. - Raymond James Bank Deposit Program - cash equivalent account | A | Interest | K | T | | | | | |
| 59. - Coca Cola Co (KO) | A | Dividend | K | T | | | | | |
| 60. - Microsoft Corp (MSFT) | A | Dividend | | | Sold | 03/28/19 | J | D | |
| 61. - Procter & Gamble Co (PG) | B | Dividend | L | T | Sold (part) | 09/06/19 | J | C | |
| 62. | | | | | Sold (part) | 11/07/19 | J | C | |
| 63. - Doubleline Total Return Bond Fund Class I N/L (DBLTX) | A | Dividend | K | T | Sold (part) | 09/06/19 | J | A | |
| 64. | | | | | Sold (part) | 11/07/19 | J | | |
| 65. - JP Morgan Strategic Income Opportunities Fd Class I N/L (JSOSX) | A | Dividend | K | T | Sold (part) | 04/15/19 | J | A | |
| 66. | | | | | Sold (part) | 09/06/19 | J | | |
| 67. | | | | | Sold (part) | 11/07/19 | J | | |
| 68. - PIMCO Total Return Fund Institutional Class N/L (PTTRX) | A | Dividend | K | T | Sold (part) | 03/26/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/06/19 | J | A | |
| 70. | | | | | Sold (part) | 11/07/19 | J | A | |
| 71. - PIMCO Dynamic Bd Fd Instl Class N/L (PFIUX) | A | Dividend | K | T | Sold (part) | 03/26/19 | J | | |
| 72. | | | | | Sold (part) | 11/07/19 | J | | |
| 73. - iShares Tr Core US Aggbd ET (AGG) | B | Dividend | L | T | Sold (part) | 09/06/19 | J | A | |
| 74. | | | | | Sold (part) | 11/07/19 | J | A | |
| 75. - iShares Tr MSCI EAFE ETF (EFA) | A | Dividend | J | T | Sold (part) | 03/26/19 | J | | |
| 76. | | | | | Sold (part) | 04/15/19 | J | | |
| 77. | | | | | Sold (part) | 09/06/19 | J | | |
| 78. | | | | | Sold (part) | 11/07/19 | J | A | |
| 79. - iShares Tr Rus 1000 Grw ETF (IWF) | A | Dividend | L | T | Sold (part) | 04/17/19 | K | C | |
| 80. | | | | | Sold (part) | 09/06/19 | J | C | |
| 81. | | | | | Sold (part) | 09/06/19 | J | A | |
| 82. | | | | | Sold (part) | 11/07/19 | J | B | |
| 83. - iShares Tr Rus 2000 Val ETF (IWN) | A | Dividend | K | T | Sold (part) | 11/07/19 | J | A | |
| 84. - iShares Tr Rus 2000 Grw ETF (IWO) | A | Dividend | K | T | Sold (part) | 04/15/19 | J | A | |
| 85. | | | | | Sold (part) | 09/06/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/06/19 | J | A | |
| 87. | | | | | Sold (part) | 11/07/19 | J | A | |
| 88.  - iShares Tr MSCI ACWI ETF (ACWI) | B | Dividend | L | T | | | | | |
| 89.  - Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | Sold (part) | 04/15/19 | J | A | |
| 90. | | | | | Sold (part) | 11/07/19 | J | A | |
| 91.  - Vanguard Real Estate ETF (VNQ) | A | Dividend | K | T | | | | | |
| 92.  - iPath Bloomberg Commodity Index Total Return ETN (DJP) | | None | J | T | Sold (part) | 03/26/19 | J | | |
| 93. | | | | | Sold (part) | 09/06/19 | J | | |
| 94. | | | | | Sold (part) | 11/07/19 | J | | |
| 95.  MetLife Variable Annuity (H) (See Note 7) | | | | | | | | | |
| 96.  - Clarion Global Real Estate Portfolio Class B (See Note 7) | | None | | | | | | | |
| 97.  - Harris Oakmark Intl Portfolio Class B (See Note 7) | | None | | | | | | | |
| 98.  - MFS Value Portfolio Class (See Note 7) | | None | | | | | | | |
| 99.  - Western Asset Mgmt Strategic Bond Opportunities (See Note 7) | | None | | | | | | | |
| 100.  Family Investments, LLC (H) | | | | | | | | | |
| 101.  - Regions Bank - cash equivalent account | A | Interest | K | T | | | | | |
| 102.  - Investment Property #1, Cape Coral, FL (1/3 interest) | | None | L | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedrich, Dabney L.** | 09/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103.  - Investment Property #2, Hawthorne, FL (1/3 interest) | | None | L | W | | | | | |
| 104.  401(k) #1 (H) | | | | | | | | | |
| 105.  - AF Europac Growth R6 (RERGX) | A | Dividend | | | Sold | 07/15/19 | N | F | |
| 106.  - Vanguard Sm Cap Idx IS Pl (VSCPX) | A | Dividend | | | Sold | 07/15/19 | L | E | |
| 107.  - Vanguard Inst 500 Idx Tr (VFFSX) | A | Dividend | N | T | | | | | |
| 108.  - Vanguard Real Estate (IDX IS) | A | Dividend | K | T | | | | | |
| 109.  - Vanguard IS Ext Mkt Idx | A | Dividend | L | T | Buy | 07/15/19 | L | | |
| 110.  - Vanguard CG Europac Growth U3 | A | Dividend | N | T | Buy | 07/17/19 | N | | |
| 111.  - Chevron Corp common stock (CVX) | A | Dividend | J | T | | | | | |
| 112.  - Europac Grth Transit | | None | | | Buy | 07/15/19 | N | | |
| 113. | | | | | Sold | 07/17/19 | N | | |
| 114.  Retirement Acct #1 (H) | | | | | | | | | |
| 115.  - Amer Century Ret Date 2030 CIT (See Note 8) | | None | K | T | | | | | |
| 116.  Brokerage #3 ▓ (H) | | | | | | | | | |
| 117.  - ▓▓▓▓▓ (restricted stock ▓ ) (See Note 9) | | None | | | Sold | 03/04/19 | M | G | |
| 118. | | | | | Sold | 03/13/19 | K | E | |
| 119. | | | | | Sold | 06/04/19 | M | G | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold | 06/14/19 | K | E | |
| 121. | | | | | Sold | 07/03/19 | N | G | |
| 122. | | | | | Sold | 09/04/19 | M | G | |
| 123. | | | | | Sold | 09/20/19 | K | E | |
| 124. | | | | | Sold | 12/10/19 | M | G | |
| 125. | | | | | Sold | 12/13/19 | K | E | |
| 126. IRA #3 ▢ (H) | | | | | | | | | |
| 127. - Vanguard Federal Money Market (See Note 10) | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 128. | | | | | Sold (part) | 02/19/19 | J | | |
| 129. IRA #4 ▢ (H) | | | | | | | | | |
| 130. - Vanguard Federal Money Market (See Note 11) | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 131. | | | | | Sold (part) | 02/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 37: Vanguard Intl Div Apprec Idx Ivc (VIAIX) was purchased in 2018 and the purchase was not reported on my 2018 report. It was purchased on 1/29/18, value code J. This was an inadvertent error and did not raise any conflict of interest issues.

2) Part VII, Line 40: There was a purchase of the Vanguard Federal Money Market fund on 1/26/2018, value code J, and a sale of this fund on 1/29/2018, value code J with no gain on the sale and with income code A. These transactions were not reported on my 2018 report. This was an inadvertent error and did not raise any conflict of interest issues.

3) Part VII, Line 44: Vanguard Total Intl Stock Index Admiral Cl (VTIAX) was sold in 2018 and was not reported on my 2018 report. The sale value code was K with gain code K. This was an inadvertent error and did not raise any conflict of interest issues.

4) Part VII, Line 47: Vanguard 500 Index Investor Cl (VFINX) was reported incorrectly as Vanguard 500 Index Fund Adm (VFIAX) on line 144 of my 2018 report. This was an inadvertent error and did not raise any conflict of interest issues.

5) Part VII, Line 48: Vanguard Real Estate Index Investor (VGSIX) was reported incorrectly as Vanguard Real Estate Index Adm (VGSLX) on line 145 of my 2018 report. The purchase of this investment was also not reported on my 2018 report. It was purchased on 1/26/2018, value code J. This was an inadvertent error and did not raise any conflict of interest issues.

6) Part VII, Line 49: Vanguard Small Cap Growth Idx Fd Adm (VSGAX) was purchased in 2018 and the purchase was not reported on my 2018 report. It was purchased on 6/25/2018, value code K. This was an inadvertent error and did not raise any conflict of interest issues.

7) Part VII, Lines 95 thru 99: Investments held in a trust were sold in 2017. The reporting of these investments on my 2018 report was an inadvertent error and did not raise any conflict of interest issues.

8) Part VII, Line 115: Amer Century Ret Date 2030 CIT was reported as Mass Mutual RetireSmart Savings Plan (cash) on line 200 of my 2018 report.

9) Part VII, lines 117 thru 125: These are restricted stock units earned as part of an employer-based compensation package. These options were sold as soon as they were earned. As a result, there are no reportable transactions to account for recurring ownership, not is there an ending value.

10) Part VII, Line 127: There was a purchase of the Vanguard Federal Money Market fund on 1/17/2018, value code J, and a sale of this fund on 1/19/2018, value code J with no gain on the sale and with income code A. These transactions were not reported on my 2018 report. This was an inadvertent error and did not raise any conflict of interest issues.

11) Part VII, Line 130: There was a purchase of the Vanguard Federal Money Market fund on 1/17/2018, value code J, and a sale of this fund on 1/19/2018, value code J with no gain on the sale and with income code A. These transactions were not reported on my 2018 report. This was an inadvertent error and did not raise any conflict of interest issues.

12) This report was prepared on my behalf by my accountant.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dabney L. Friedrich**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544